**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1114**

RALPH E. JOHNSON, JR.; VIRGINIA DARDEN,

                    Plaintiffs - Appellants,

          v.

DAVID E. BOONE; DAVID E. BOONE, INCORPORATED, a Virginia
corporation; BOONE, BEALE, COSBY, AND LONG, a professional
corporation; BOONE, BEALE, COSBY, AND LONG, an
unincorporated partnership,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:09-cv-00808-HEH)

Submitted:  March 30, 2010          Decided:  April 6, 2010

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ralph E. Johnson, Jr., Virginia Darden, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph E. Johnson, Jr., and Virginia Darden appeal the district court's order dismissing their complaint as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(i), (ii) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Boone, No. 3:09-cv-00808-HEH (E.D. Va. Dec. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED